**O**

# United States District Court
# Central District of California

| | |
|---|---|
| HUGO DE ANDA, on behalf of himself and others similarly situated, | Case № 2:22-cv-04064-ODW (MAAx) |
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS AS MOOT [13]** |
| v. | |
| FORD MOTOR COMPANY, INC. and DOES 1 through 10, inclusive, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///

Defendant Ford Motor Company, Inc. served Plaintiff Hugo De Anda with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss on September 14, 2022. (ECF No. 13.)   On October 5, 2022, De Anda filed a First Amended Complaint, twenty-one days after Ford filed its responsive pleading.  (ECF No. 19.)  Federal Rule of Civil Procedure 15(a)(1) allows De Anda to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, De Anda's amended complaint was proper.   As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

October 5, 2022

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2