**THE LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr, State Bar No. 183052
robert@starrlaw.com
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Voice: 818-225-9040
Facsimile: 818-225-9042

Attorneys for Plaintiff Hugo De Anda
and others similarly situated

ADDITIONAL COUNSEL LISTED ON NEXT PAGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO DE ANDA, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, INC., and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:22-cv-04064-WLH-MAA<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Wesley L. Hsu |

1  **POMERANTZ LLP**
2  Jordan L. Lurie, State Bar No. 130013
   jllurie@pomlaw.com
3  Ari Y. Basser, State Bar No. 272618
   abasser@pomlaw.com
4  1100 Glendon Avenue
5  15th Floor Los Angeles, CA 90024
   Telephone: (310) 432-8492
6
7  Manny Starr (319778)
   manny@frontierlawcenter.com
8  Adam Rose (210880)
   adam@frontierlawcenter.com
9  **Frontier Law Center**
10 23901 Calabasas Road, #2074
   Calabasas, CA 91302
11 Telephone: (818) 914-3433
   Facsimile: (818) 914-3433
12
13 Additional Attorneys for Plaintiff
   Hugo De Anda and others similarly situated
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  This is to advise the Court, pursuant to Central District Local Rule 16-15.7
2  and Item 2(d) of this Court's Civil Pretrial Schedule and Trial Order, that the
3  Parties have reached a settlement in this matter.
4  The Parties anticipate that the settlement will not take more than 45 days to
5  finalize.
6  The Parties request an order staying all proceedings pending a stipulation of
7  dismissal by the Parties.

Dated: July 28, 2025               Respectfully submitted,

**POMERANTZ LLP**
**THE LAW OFFICE OF ROBERT STARR**
**FRONTIER LAW CENTER**

By:      /s/ Ari Y. Basser
         Jordan L. Lurie
         Ari Y. Basser
         Robert L. Starr
         Manny Starr

*Attorneys for Plaintiff*