| | |
|---|---|
| 1 | Michael L. Kidney (admitted *pro hac vice*) |
| 2 | michael.kidney@hoganlovells.com<br>Trent Sterneck (admitted *pro hac vice*) |
| 3 | trent.sterneck@hoganlovells.com<br>HOGAN LOVELLS US LLP |
| 4 | 555 Thirteenth Street, NW<br>Washington, DC 20004 |
| 5 | TEL: (202) 637-5600<br>FAX: (202) 637-5910 |
| 6 | Michael L. Turrill (SBN 185263) |
| 7 | michael.turrill@hoganlovells.com<br>HOGAN LOVELLS US LLP |
| 8 | 1999 Avenue of the Stars<br>Suite 1400 |
| 9 | Los Angeles, CA 90067<br>TEL: (310) 785-4600 |
| 10 | FAX: (310) 785-4601 |
| 11 | *Attorneys for Defendant*<br>Ford Motor Company |
| 12 | |
| 13 | Robert L. Starr (SBN 183052)<br>robert@starrlaw.com |
| 14 | THE LAW OFFICE OF<br>ROBERT L. STARR |
| 15 | 23622 Calabasas Road Suite 320<br>Calabasas, CA 91302 |
| 16 | TEL: (818) 225-9040<br>FAX: (818) 225-9042 |
| 17 | *Attorneys for Plaintiff* |
| 18 | Hugo De Anda |
| 19 | (additional counsel for Plaintiff listed on the signature page) |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HUGO DE ANDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:22-cv-04064-WLH-MAA<br><br>The Honorable Wesley L. Hsu<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

JOINT STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Hugo De Anda ("Plaintiff") and Defendant Ford Motor Company, Inc. ("Defendant" or "Ford") (collectively "the Parties"), through their respective undersigned counsel, agree that this action should be dismissed with prejudice by stipulation of the Parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to be responsible for and bear its own costs and expenses.

**IT IS HEREBY STIPULATED AND AGREED**, that:

1. This action is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
2. Plaintiff Hugo De Anda's claims brought in his individual capacity are dismissed with prejudice.
3. Plaintiff Hugo De Anda's claims brought on behalf of the putative classes are dismissed without prejudice.

| | | |
|---|---|---|
| 1 | Dated: September 10, 2025 | Respectfully submitted, |

/s/ *Robert L. Starr*
Robert L. Starr (SBN 183052)
robert@starrlaw.com
THE LAW OFFICE OF
ROBERT L. STARR
23622 Calabasas Road Suite 320
Calabasas, CA 91302
TEL: (818) 225-9040
FAX: (818) 225-9042

Jordan L. Lurie (SBN 130013)
jllurie@pomlaw.com
Ari Y. Basser (SBN 272618)
abasser@pomlaw.com
POMERANTZ LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
TEL: (310) 432-8492

Emanuel M. Starr (SBN 319778)
manny@frontierlawcenter.com
Adam M. Rose (SBN 210880)
adam@frontierlawcenter.com
FRONTIER LAW CENTER
23901 Calabasas Road, #2074
Calabasas, CA 91302
TEL: (818) 914-3433
FAX: (818) 914-3433
*Attorneys for Plaintiff*
Hugo De Anda

/s/ *Michael L. Kidney*
Michael L. Kidney (admitted *pro hac vice*)
michael.kidney@hoganlovells.com
Trent Sterneck (admitted *pro hac vice*)
trent.sterneck@hoganlovells.com
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
TEL: (202) 637-5600
FAX: (202) 637-5910

Michael L. Turrill (SBN 185263)
michael.turrill@hoganlovells.com
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
TEL: (310) 785-4600
FAX: (310) 785-4601

*Attorneys for Defendant*
Ford Motor Company

**ATTESTATION OF SIGNATURE**

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.

Dated: September 10, 2025        By: */s/ Robert L. Starr*
Robert L. Starr (SBN 183052)
robert@starrlaw.com